USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____6/14/13

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

IN RE SAIC INC. DERIVATIVE LITIGATION

---------------------------------------------------------------X

12 **CIVIL** 2437 (JPO)
**JUDGMENT**

The defendants in this case having moved to dismiss on several distinct grounds; one such

motion havin been filed by Nominal Defendant SAIC, which objects to Plaintiffs' efforts to bring

suit on its behalf, and the matter having come before the Honorable J. Paul Oetken, United States

District Judge, and the Court, on June 10, 2013, having rendered its Memorandum and Order

granting Nominal Defendant SAIC's motion to dismiss , denying all other motions to dismiss as

moot, and directing the Clerk of Court to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum and Order dated June 10, 2013, Nominal Defendant SAIC's motion to dismiss

is granted; all other motions to dismiss are denied as moot; accordingly, the case is closed.

**Dated:** New York, New York
June 14, 2013

**RUBY J. KRAJICK**

Clerk of Court

BY: _____

**Deputy Clerk**

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON** _____